ERICK ERICKSON *vs.* ADAM SCHUSTER.

November 1, 1890.

**Trial—Immaterial Variance.**—An immaterial variance between a pleading and the proof may be disregarded.

Appeal by defendant from an order of the municipal court of St. Paul, refusing a new trial after a trial by the court and judgment of $ 60 ordered for plaintiff.

*J. W. White,* for appellant.

*Holcombe & O'Reilly,* for respondent.

*By the Court.* In this action by a landlord to recover the monthly rent alleged to be due for the month of October, the complaint alleged that the term of the lease commenced on the 1st day of the preceding August. The proof showed that the term commenced on the 1st of September, and that the rent for that month had been

paid. The variance between the allegation and the proof was wholly immaterial, and the court did not err in disregarding it, and in finding the fact in accordance with the evidence. Gen. St. 1878, c. 66, § 121.

Order affirmed.